# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 96-2639

_____

Freeman Stewart,                            *
                                            *
            Appellant,                      *
                                            * Appeal from the United States
    v.                                      * District Court for the
                                            * Western District of Arkansas.
Robert L. Anderson; Todd Sanders,           *
                                            *    [UNPUBLISHED]
            Appellees.                      *

_____

Submitted: June 5, 1998
    Filed: June 12, 1998

_____

Before FAGG, BEAM, and HANSEN, Circuit Judges.

_____

PER CURIAM.

In this 42 U.S.C. § 1983 action involving alleged Fourth Amendment violations, Freeman Stewart appeals from the final judgment entered in the United States District Court for the Western District of Arkansas in favor of defendants after a bench trial. To the extent we are able to review Stewart's arguments on appeal without a transcript, see Fed. R. App. P. 10(b), we conclude no error of law appears. Accordingly, the judgment of the district court is affirmed.  See 8th Cir. R. 47B.

A true copy.

Attest:

    CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.